

CLERK'S OFFICE
A TRUE COPY
Jul 25, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>DOMINGO ORTIZ-SON<br>DOB: xx/xx/1987<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **25-M-474 (SCD)**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 20, 2025__ in the county of __Kenosha__ in the
__Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal Re-entry |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

GARY M ROY  *Digitally signed by GARY M ROY*
*Date: 2025.07.23 15:41:30 -05'00'*
*Complainant's signature*

SA Gary Roy; US Dept. of Homeland Security
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1
Date: 7-25-25

*Judge's signature*

City and state: Milwaukee, Wisconsin    Hon. Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Gary Roy, first being duly sworn under oath, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since approximately February of 2018. Prior to being a Special Agent, I was employed with the United States Border Patrol (USBP) as a Patrol Agent (PA). To date, I have over 17 years of law enforcement experience. My current job responsibilities include, but are not limited to, investigation of federal criminal laws involving immigration violations. In the past, I have been assigned to immigration groups that investigate human trafficking, document and benefit fraud, and counter terrorism and criminal exploitation. I have received formal training from the Federal Law Enforcement Training Center, as well as training through contact with experts from various law enforcement agencies.

2. The purpose of this affidavit is to establish probable cause that Domingo ORTIZ-Son ("ORTIZ") has committed a violation of 8 U.S.C. § 1326 (Re-Entry of Removed Aliens). The facts in this affidavit are known to me through my personal knowledge, training, experience, and through information provided to me by other law enforcement officers in the course of their official duties, whom I consider truthful and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and does not set forth all of my knowledge about this matter.

## RELEVANT SECTIONS OF LAW

3. As it pertains to this investigation, Title 8, United States Code, Section 1326 states in part: "any alien who—has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his re-embarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission…shall be fined under Title 18, or imprisoned not more than 2 years, or both."

## PROBABLE CAUSE

4. On or about June 20, 2025, Domingo ORTIZ-Son (ORTIZ) was arrested by the Kenosha Police Department (KPD) and charged with violations of Wisconsin state statutes 346.63(1)(a) – Operating While Intoxicated (2nd), 343.44(1)(b) – Operating While Revoked (Rev due to alc/contr subst/refusal), 347.413(1) – Ignition Interlock Device Tampering/Failure to Install/Violate Court Order, and 946.49(1)(a) – Bail Jumping – Misdemeanor, via Kenosha County Case Number 2025CM000850.

5. Subsequent to his arrest, ORTIZ was booked into the Kenosha County Jail. At the time of booking, ORTIZ' fingerprints and photographs were taken and electronically submitted to federal databases including the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). After ORTIZ' fingerprints were submitted to Department of Justice databases by the Kenosha County Jail, they were electronically matched to FBI#

2

313995MC8 and are now associated with his criminal history and Alien Registration #: 098 662 750.

6. Your affiant received a copy of the booking photograph from ORTIZ by the Kenosha County Jail. I compared that photograph to the multiple photographs taken at the time of his previous arrests by various Department of Homeland Security agencies since July 2009. All of the photographs bear resemblance to the same individual identified as ORTIZ.

7. I reviewed documents from the Alien Registration File A# 098 662 750 which is the A-File # assigned to ORTIZ. Documents within the A-File indicate that FBI# 313995MC8 has been assigned to ORTIZ as a result of his previous arrests by federal, state, and local law enforcement agencies. Documents within the A-File indicate the following information.

8. On or about June 7, 2006, ORTIZ was encountered by the USBP subsequent to ORTIZ having been arrested by the Friona, Texas Police Department for driving while intoxicated. At the time of his arrest, ORTIZ stated he was a citizen and national of Guatemala.

9. On or about August 3, 2006, ORTIZ was ordered removed from the United States to Guatemala by an Immigration Judge in El Paso, Texas.

10. On or about September 9, 2010, ORTIZ was arrested by the Liberal Police Department in Liberal, Kansas and charged with a violation of Kansas state statute KS 08-0235 – Operating a motor vehicle without a license. On or about December 7, 2010, ORTIZ was convicted of the charge and sentenced to six (6) months in jail.

11. On or about June 23, 2011, ORTIZ was removed from the United States to Guatemala via a flight from Houston, Texas. ORTIZ's removal from the United States to Guatemala was witnessed and/or verified by a federal immigration officer.

12. On or about December 28, 2018, ORTIZ was arrested by the Texas Department of Public Safety (DPS) in Hartley County, Texas and charged with a violation of Texas state statute PC 49.04(c) – Driving While Intoxicated/Open Alcohol Container. To date, the disposition of the case is pending as the Hartley County Court reported ORTIZ as having absconded from justice.

13. On or about November 5, 2019, ORTIZ was again removed from the United States.

14. On or about September 14, 2021, ORTIZ was arrested by the Racine County Sheriff's Office, in Racine County, WI and charged with a violation of Wisconsin state statute 343.05(3)(A) – Operate Without a Valid License. On or about June 14, 2022, ORTIZ was convicted of the charge.

15. On or about May 22, 2023, ORTIZ was arrested by the Kenosha Police Department, in Kenosha WI, and charged with violations of Wisconsin state statute 347.413(1) – Ignition Interlock Device Tamper/Fail To Install and 343.44(1)(B) – Operating While Revoked. On or about January 25, 2024, ORTIZ was convicted of the Operating While Revoked Charge.

16. On or about August 2, 2024, ORTIZ was arrested by the Racine County Sheriff's Office, in Racine County, WI and charged with a violation of Wisconsin state

4

statute 343.44(1)(B) – Operating While Revoked. On or about August 5, 2024, the charge was issued by the Racine County District Attorney and is still pending.

17. Records checks of federal databases indicate ORTIZ has never applied for permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States after his prior order of removal.

18. Based on the foregoing, your affiant submits there is probable cause to believe that on or about June 20, 2025, ORTIZ violated the federal criminal statute cited herein.